UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 26-262 PA | Date | March 17, 2026 |
|---|---|---|---|
| Title | United States of America v. Ryan Kong | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**        IN CHAMBERS — ORDER TO SHOW CAUSE

On February 3, 2026, plaintiff United States of America filed an Application for Issuance of Writ of Garnishment pursuant to 32 U.S.C. § 3205(b) ("Writ"), seeking to secure payment on the criminal judgment debt entered in United States v. Ryan Kong, CR 19-0768-PA. The Writ identifies New York Life Insurance Company as the garnishee ("Garnishee").

On February 11, 2026, the Court issued an Order to Issue Writ of Continuing Garnishment. (Docket No. 4.) The Government filed a Notice of Service indicating that Garnishee was served on February 12, 2026. (Docket No. 7.) Pursuant to 28 U.S.C. § 3205(c)(2), Garnishee's answer to the Writ was due no later than 10 days after service. To date, however, there is no indication that Garnishee has answered the Writ, and the Government has not filed anything else in this case.

The Court therefore orders the Government to show cause in writing, by no later than April 6, 2026, why this action should not be dismissed or administratively closed for lack of prosecution. The filing of either a Notice of Service of the Answer filed New York Life Insurance Company or a Petition for relief pursuant to 28 U.S.C. § 3205(c)(6) maybe deemed a sufficient response to this order to show cause. The failure to file a response by the above date, or to establish why the action should remain pending, may result in the dismissal or administrative closure of this action without further warning.

IT IS SO ORDERED.